UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Levi Grunwald, | ) |
| Plaintiff, | ) Case No. 7:20-cv-09005-KMK |
| v. | ) |
| Experian Information Solutions, Inc., TransUnion, LLC, Equifax Information Services, LLC, and Citibank, N.A., | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
<u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Levi Grunwald ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") stipulate and request that the Court dismiss with prejudice Plaintiff's claims against Experian in the above-caption action, with each party to bear its own attorney's fees and costs.

Dated: April 27, 2021

/s/ *Mark Rozenberg*
Mark Rozenberg
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
Phone: (201) 282-6500
Fax: (201) 282-6501
mrozenberg@steinsakslegal.com

*Counsel for Plaintiff Levi Grunwald*

/s/ *Rachel C. Karpoff*
Rachel C. Karpoff
Jones Day
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3928
Fax: (212) 755-7306
Email: rkarpoff@jonesday.com

*Counsel for Defendant
Experian Information Solutions, Inc.*


So Ordered: _____
  Kenneth M. Karas
  United States District Judge